**EXHIBIT A –** To Notice of Removal of Action Under 28U.S.C. §1441(b) Diversity
Plaintiffs Complaint and Jury Demand
Marcie Faye Haslett v. Keirton, Inc. and Keirton USA, Inc.
District Court, City and County of Denver
2021CV30269

| | |
|---|---|
| DISTRICT COURT, CITY & COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: January 25, 2021 2:56 PM<br>FILING ID: 84C73FE42502F<br>CASE NUMBER: 2021CV30269 |
| **Plaintiff:**<br>MARCIE FAYE HASLETT<br>vs.<br>**Defendants:**<br>KEIRTON INC. and KEIRTON USA INC. | ▲ **COURT USE ONLY** ▲ |
| **PURVIS • GRAY • THOMSON, LLP**<br>Michael J. Thomson, Reg. No. 33592<br>4410 Arapahoe Avenue, Suite 200<br>Boulder, Colorado 80303<br>Telephone (303) 442-3366<br>Fax (303) 440-3688<br>mthomson@purvisgray.net<br>*Attorneys for Plaintiff* | Case No. |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff Marcie Haslett, by and through her attorneys, PURVIS • GRAY • THOMSON, LLP, for her Complaint herein alleges the following.

## I. JURISDICTIONAL ALLEGATIONS

1. This is an action to recover damages arising from severe personal injuries sustained by Plaintiff Marcie Haslett as a result of an incident that occurred in Avondale, Pueblo County, Colorado on September 18, 2019.

2. Plaintiff is a resident of Pueblo, Colorado.

3. Keirton Inc. and Keirton USA Inc. are either (a) a single corporation using both names, or (b) two corporations acting in concert and each doing business as the other from time to time. All are hereinafter referred to collectively as "Kierton." Kierton USA Inc. is a State of Washington profit corporation with offices in the State of Washington. Keirton USA Inc has it's principal place of business in British Columbia, Canada. Keirton Inc. is a foreign corporation with it's principal place of business in British Columbia, Canada. Keirton has done business in the State of Colorado.

4. Venue is proper in this Court pursuant to C.R.C.P. 98 for reason that Kierton is/are a corporation(s) which has/have its/their principal place of business in British Columbia, Canada and is/are a non-resident(s) of this state. Therefore, Plaintiffs, pursuant to C.R.C.P. 98(c), designate the

City & County of Denver as the venue for this action.

## II. GENERAL ALLEGATIONS

5.At approximately 11:15 a.m., on Wednesday, September 18, 2019, Marcie Haslett was at her place of employment, Los Suenos Farms, LLC, 46795 State Highway 96 in Avondale, Colorado.

6.Ms. Haslett was using a machine called the Twister. The Twister is described as "the world's fastest leaf trimmer." It has a vacuum and blade that are designed to get a close cut without damaging the marijuana. Ms. Haslett was clearing debris off the vacuum side and her left hand got caught in the blades. Three of her fingers were degloved and she suffered a compound fracture of her middle finger on her left hand as well. The machine did not have safety guards in place when these injuries occurred. The machine was a model T2, manufactured by Defendant Keirton Inc. and/or Defendant Keirton USA Inc.

7.Plaintiff Marcie Haslett was working as an employee of Los Suenos Farms, LLC, which has its principal place of business in Avondale, Colorado, and is an entity separate and distinct from the Defendants herein. Los Suenos Farms, LLC is not a defendant in this action.

8.As a result of the incident, Plaintiff Marcie Haslett incurred the following injuries, damages, and losses, without limitation:

    (a)Comminuted, displaced fractures of the fourth and third distal phalanges; mild flexion deformities;

    (b)mild palmar subluxation of the distal phalanges in relation to the mid phalanges as well;

    (c)post-surgical changes overlying the proximal aspect of the third and fourth mid phalanges;

    (d)ongoing nerve pain and severe limited range of motion for injured fingers;

    (e)permanent physical impairment;

    (f)scarring and disfigurement;

    (g)loss of earnings and earning capacity, past and future;

    (h)physical and mental pain and suffering, past and future;

    (i)  loss of life enjoyment and impairment of quality of life, past and future;

    (j)  severe emotional distress, past and future;

    (k)  physical impairments and deficits.

10  Plaintiff Marcie Haslett is entitled to recover for those injuries, damages, and losses in amounts sufficient to compensate her for same.

### III. FIRST CLAIM FOR RELIEF
### (Strict Product Liability)

11  All preceding allegations contained in this Complaint are incorporated herein by this reference.

12  Keirton was a manufacturer of the subject Twister.

13  The Twister was defective and unreasonably dangerous at the time it left Keirton's control in at least the following particulars:

    (a)  Keirton failed to provide adequate warnings and/or instructions on use which informed the ordinary user of the risk of harm from the use of the Twister by Plaintiff Marcie Haslett.

    (b)  Keirton failed to provide instructions on use adequate and sufficient to prevent against the events and injuries alleged above.

    (c)  Keirton failed to provide adequate shielding equipment, guards, or methods to prevent occurrence of the above alleged events and injuries.

14.  The subject assembly was expected to and did reach Plaintiff Marcie Haslett's employer without substantial change in its pertinent condition at the time of its manufacture.

15  Plaintiff Marcie Haslett was a person who would reasonably be expected to use or be affected by the Twister.

16  The Twister's defective and unreasonably dangerous condition was a direct and proximate cause of Plaintiff Marcie Haslett's injuries, damages, and losses.

17.  Keirton is liable for Plaintiff Marcie Haslett's injuries, damages, and losses under the doctrine of strict liability.

WHEREFORE, Plaintiff prays for judgment against Defendants Keirton Inc. and Keirton USA Inc. in an amount sufficient to compensate Plaintiff for her injuries, damages, and losses, pre and post-judgment interest as provided by law, expert witness fees, costs, and such other and further relief as the Court deems appropriate.

### JURY DEMAND

**PLAINTIFF HEREBY DEMANDS TRIAL TO A JURY OF SIX (6) ON ALL ISSUES SO TRIABLE.**

Dated this 25th day of January, 2021.

**PURVIS • GRAY • THOMSON, LLP**

*Signature of Michael J. Thomson on file at the offices of PURVIS • GRAY • THOMSON, LLP*

By /s/ Michael J. Thomson
          Michael J. Thomson

Address of Plaintiff:
1134 Berkley Avenue
Pueblo, CO 81004