**EXHIBIT 3**
**MARCIE HASLETT DEPOSITION EXCERPTS**

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF COLORADO

 3   _____
                                    )
     MARCIE FAYE HASLETT,           )
 4                                  )
            Plaintiff,              )
 5                                  )   Civil Action No.
     VS                             )
 6                                  )   21-cv-01112-MEH
     KEIRTON, INC. AND KEIRTON      )
 7   USA, INC.,                     )
                                    )
 8          Defendant.              )
     _____ )
 9
10
11
12
13
14
15
16          ORAL DEPOSITION OF MARCIE FAYE HASLETT
17                     APRIL 13, 2022
18
19
20
21
22
23
24   REPORTED BY:
25       Lisa J. Brannon, RPR, CRR
```

**Page 2**

```
 1        ORAL DEPOSITION OF MARCIE FAYE HASLETT,
 2   produced as a witness at the instance of the
 3   Defendant, and duly sworn, was taken in the
 4   above-styled and above-numbered cause on the 13th
 5   day of April, 2022, from 9:38 a.m. to 2:43 p.m.,
 6   before Lisa J. Brannon, RPR, CRR, reported by
 7   machine shorthand via Zoom, pursuant to the
 8   Federal Rules of Civil Procedure and the
 9   provisions stated on the record.
```

**Page 3**

```
 1               A P P E A R A N C E S
 2
     APPEARING ON BEHALF OF PLAINTIFF:
 3
         Michael J. Thomson, Esq.
 4       PURVIS GRAY THOMSON, LLP
         4410 Arapahoe Avenue
 5       Suite 200
         Boulder, Colorado  80303
 6       Telephone:  303-442-3366
         Email:     mthomson@purvisgray.net
 7
 8   APPEARING ON BEHALF OF DEFENDANT:
 9       Tamara C. Jordan, Esq.
         WOOD, SMITH, HENNING & BERMAN, LLP
10       1805 Shea Center Drive
         Suite 200
11       Highlands Ranch, Colorado  80129
         Telephone:  720-479-2500
12       E-mail:    tjordan@wshblaw.com
13   ALSO PRESENT:
14       Conrad Szuladainski, videographer
```

**Page 4**

```
 1                    I N D E X
 2                                              PAGE
 3   Appearances..................................  3
 4   WITNESS:  MARCIE FAYE HASLETT
 5       Examination by Ms. Jordan................  7
 6   Certification of Deponent....................203
 7   Reporter's Certificate.......................205
```



```
 1  We're going to go to page 6 of this document.
 2  Can you take a second and review the instructions
 3  that were included on page 6?
 4       A.   Okay.
 5       Q.   Were you familiar with these warnings
 6  and instructions prior to your operation of the
 7  machine?
 8       A.   Yes.
 9       Q.   Did you have any concerns or questions
10  regarding these warnings prior to your operation
11  of the Twister machine?
12       A.   No.  Not these specific warnings, no.
13       Q.   And you were aware that one of the
14  warnings on here was that you were to turn off
15  and unplug the machine prior to cleaning it; is
16  that correct?
17       A.   Yes.
18       Q.   What would the reason to your
19  understanding be to turn off and unplug the
20  machine before cleaning?
21       A.   Because it's electric and things that
22  are plugged into an electrical outlet should not
23  get wet and the machine has to get wet in order
24  to clean it.
25       Q.   Scrolling to page 8 in these several
```



```
 1  pages of warnings, can you take a second and
 2  review the warnings at the top of page 8 of the
 3  Twister machine operation manual?
 4       A.   Okay.
 5       Q.   Prior to your operation of the Twister
 6  machine, had you read the warnings that are on
 7  page 8 of the Twister operations manual?
 8       A.   Yes.
 9       Q.   You were familiar with what the
10  warnings were as it pertains to operations of the
11  Twister machine?
12       A.   Yes.
13       Q.   And that included, as it indicated on
14  the sixth line or so, do not reach inside when
15  the machine is plugged in?
16       A.   Yes, do not reach inside of the
17  tumbler, that's the thing that's turning, while
18  it's plugged in, yes.
19       Q.   What is your understanding as to why
20  that warning would be present in the operations
21  manual?
22       A.   The tumbler is turning and it's got
23  little grooves on it.  I'm sure if you would
24  stick your hand inside the tumbler while it's
25  turning you would have a serious injury.
```



1  just about an hour.  Would you like to take a
2  quick break before we get into it?
3       A.   I'm good, unless everybody else wants a
4  break.  Anybody else want a break?
5            MR. THOMSON:  It's up to you guys.  I'm
6       good.
7            MS. JORDAN:  I'll direct it to our
8       court reporter and videographer and see how
9       they're doing.
10           THE COURT REPORTER:  I'm good.
11           MS. JORDAN:  Let's go for a little bit
12      longer then.
13           MR. THOMSON:  If we can make it to at
14      least noon our time and take a break and we
15      can eat something.
16           MS. JORDAN:  I couldn't agree with you
17      more.
18      Q.   (BY MS. JORDAN)  All right,
19  Ms. Haslett, can you give me a brief narrative as
20  to what happened on that day?
21      A.   So on the sides of the Twister
22  machines, there's -- just buildup starts
23  happening, the leaves start to build up on the
24  sides of it, and I was going to clear off the
25  leaves, something I had done countless times



```
 1  before, and that day I went to clear the leaves
 2  off and the vacuum sucked my hand into the
 3  blades.
 4       Q.   Was -- the machine operating?
 5       A.   Yes.
 6       Q.   I'm sorry, I understand, but just let
 7  me finish asking my question before you answer.
 8            Was the machine operating when you went
 9  to clean up the buildup?
10       A.   Yes.
11       Q.   Why did you not turn off the machine
12  before going to clean up the buildup?
13       A.   Because I never have.  There's nothing
14  stating that you have to turn the machine off in
15  order to do that.  There's no warnings.  There's
16  nothing stating that the machine needs to be
17  cleaned off -- or turned off before you dust off
18  leaf debris that's on the side of it.
19       Q.   So you're differentiating between
20  clearing off leaf debris between actually
21  cleaning the machine; is that correct?
22       A.   Correct.
23       Q.   What is the difference between cleaning
24  off the machine and clearing off debris?
25       A.   So cleaning the machine is where you
```



1              MS. JORDAN:  Conrad, can you give me
2        control of the screen now?  Hopefully we
3        don't need to send it back over to
4        Ms. Haslett.
5        Q.    (BY MS. JORDAN)  Thank you,
6   Ms. Haslett.
7              Is this an example of one of the
8   warning signs from page 2, which is Keirton --
9   I'm never going to be able to read what's on the
10  bottom here.  Let's see.  This is Keirton 61 so
11  we'll take a guess and say this is Keirton 60.
12       A.    I don't -- one example of --
13       Q.    I'm sorry.  This -- the picture that
14  we're looking at right now, which is page 2 of
15  Exhibit 3, have you seen this warning sticker on
16  the machine before?
17       A.    Yes.
18       Q.    Was this located on the machine on the
19  day that you were operating it?
20       A.    Yes.
21       Q.    So you had an understanding that you
22  were to keep hands and body away from moving
23  parts?
24       A.    Yes.
25       Q.    But yet you still proceeded to clean

1  them, they have completely amazing, fantastic
2  prostheses that -- yeah, like if -- if I could
3  get it to work on my hand, they make your hand
4  like back to -- I don't -- I don't know how to --
5  I haven't tried it yet so I don't want to say
6  anything.  I can't -- I can't tell you if it's
7  going to be completely functional or not.  I
8  don't know.
9        Q.   Do you have any further appointments
10 with Dr. Henderson?
11       A.   I go see him on the 27th of this month.
12       Q.   In your complaint you allege that my
13 client failed to provide adequate warnings or
14 instructions for use of the Twister.  What
15 warnings or instructions do you believe were not
16 provided?
17            MR. THOMSON:  Object to form.
18            But go ahead and answer.
19       A.   I don't remember saying that.
20       Q.   (BY MS. JORDAN)  Do you believe that my
21 client failed to provide adequate warnings or
22 instructions on how to use the Twister machine?
23       A.   I have no idea.  I didn't get the
24 training.
25       Q.   But my client wasn't responsible for



800.211.DEPO (3376)
EsquireSolutions.com
EXHIBIT 3

1      Q.   And I recognize this is something that
2  you didn't prepare and that your lawyers
3  prepared.  I'll bring your attention down to
4  paragraph 2.  This is where I'm getting this
5  from.  One of the allegations that you -- oh,
6  excuse me.
7           One of the allegations that you've made
8  against my client is that Keirton failed to
9  provide adequate warnings and/or instructions on
10 use which informed the ordinary user of risk of
11 harm from the use of the Twister by plaintiff
12 Marcie Haslett.  And my question is, what
13 adequate warnings or instructions did Keirton
14 fail to provide, in your opinion?
15           MR. THOMSON:  Tamara, I'm going to
16      object to the line of questioning, and I'll
17      object to her being asked to answer any
18      questions about the statements made in the
19      complaint, but I will let you continue to
20      ask questions about the complaint, I just
21      want to make sure that this objection is
22      continuing, so go ahead.
23           MS. JORDAN:  Noted.  I just wanted to
24      know what support that she has for warnings
25      that may not have been provided, in her



```
 1      opinion.
 2      A.   I have no opinion on that.
 3      Q.   (BY MS. JORDAN)  What warnings --
 4      A.   I'm not -- like I don't -- I didn't
 5 write that.  I don't know -- Keirton failed to
 6 provide adequate warnings and/or instructions on
 7 use when it informed -- I don't -- I don't know
 8 the answer for that.
 9      Q.   Can you identify any warnings that
10 Keirton failed to provide you for your use of the
11 machine?
12      A.   No.  The only thing that I can see
13 Keirton didn't provide was a guard to go right
14 there.
15      Q.   What type of guard would have prevented
16 this incident, in your opinion?
17      A.   A guard that they made and didn't send
18 with their machines.  There's a guard, you can
19 Google it.  I Googled it after the injury.  There
20 is a guard, and it's a plastic guard to where
21 your hand -- nothing can get sucked in right
22 there.
23      Q.   Would this second one here with regards
24 to instruction, do you have any knowledge as to
25 any instructions that Keirton failed to provide?
```



800.211.DEPO (3376)
EsquireSolutions.com

EXHIBIT 3